TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00098-CV

Gregory Jacobelli, Appellant

v.

Lipshy Motor Cars, Inc. d/b/a Easy Wheels; Joseph C. Toppings, Jr.; and The
Administrator for the Estate of Fountain Edward Stitt, Jr., Deceased, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT

NO. 98-01978-A, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING 

PER CURIAM

 Gregory Jacobelli and Lipshy Motor Cars, Inc. d/b/a Easy Wheels; Joseph C.
Toppings, Jr.; and The Administrator for the Estate of Fountain Edward Stitt, Jr., Deceased, have
filed a Joint Motion to Dismiss Appeal. We grant the motion and dismiss this appeal. See

Tex. R. App. P. 42.1(a)(1).

Before Justices Jones, B. A. Smith and Yeakel

Dismissed on Joint Motion

Filed: June 17, 1999

Do Not Publish